

O'Melveny & Myers LLP  
Times Square Tower  
7 Times Square  
New York, NY 10036-6537

T: +1 212 326 2000  
F: +1 212 326 2061  
omm.com

File Number:

May 17, 2024

Nexus U. Sea  
D: +1 212 326 2262  
nsea@omm.com

**<u>Via ECF</u>**

Hon. Rukhsanah L. Singh, U.S.M.J.  
United States District Court, District of New Jersey  
Clarkson S. Fisher Building & U.S. Courthouse  
402 East State Street, Room 2020  
Trenton, NJ 08608

**Re:   *Moultrie v. Johnson & Johnson*, Case No. 3:24-cv-04757-MAS-RLS**

Dear Judge Singh:

We represent improperly named defendants Johnson & Johnson and Kenvue Inc. ("Defendants").[1] In accordance with your Honor's Civil Case Management Order and Rule 6.1(a) of the Local Civil Rules, we submit this letter application for an extension of Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint. The current deadline is May 21, 2024, and Defendants request an extension of forty-five (45) days, to July 5, 2024.

The parties are engaged in discussions about consolidating this case and two similar actions pending before this court: *Aronstein v. Kenvue Inc.*, Case No. 3:24-cv-04665-MAS-RLS, and *Castle v. Johnson & Johnson*, Case No. 3:24-cv-06090-MAS-RLS. The requested extension will allow the parties to continue these discussions and to jointly propose a schedule for the filing of a consolidated complaint and briefing deadlines for the Defendants' anticipated motion to dismiss.

Service of process was effected on April 16, 2024. Defendants previously submitted one request for extension pursuant to Local Civil Rule 6.1(b), which the Clerk

---

[1] Johnson & Johnson and Kenvue Inc. are incorrectly named as a defendants in this action. Johnson & Johnson Consumer Inc. is the proper defendant regarding certain products alleged in the Complaint. Defendants will seek relief to dismiss improperly named defendants Johnson & Johnson and Kenvue Inc. and amend the caption in a subsequent filing.

granted on May 8, 2024.  All parties consent to the relief requested in this letter, and granting the requested extension will not impact any other scheduled dates or deadlines.  Defendants therefore respectfully request that the Court enter the attached proposed order extending Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint to July 5, 2024.

Thank you for your considering this request.

s/ *Nexus U. Sea*

Nexus U. Sea

O'MELVENY & MYERS LLP


cc:   counsel of Record (via ECF)

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this date, I caused a true and correct copy of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: May 17, 2024

             s/ *Nexus U. Sea*
             Nexus U. Sea

             O'MELVENY & MYERS LLP
             Times Square Tower, 7 Times Square
             New York, NY 10036
             (212) 326-2262